[No. 3035.   Decided December 2, 1899.]

PUYALLUP LIGHT, HEAT AND POWER COMPANY, *Appellant,* v. JAMES E. STEVENSON *et al., Respondents.*

APPEAL — JURISDICTION OF SUPERIOR COURT — AMOUNT IN CONTROVERSY.

Where, subsequent to appeal, in an action for unlawful detainer and damages, the possession of the premises is surrendered, leaving but the question of damages in controversy, which amount is less than $200, the supreme court cannot entertain jurisdiction.

Appeal from Superior Court, Pierce County.—Hon. W. H. H. KEAN, Judge.   Appeal dismissed.

*A. R. Heilig,* for appellant.

*H. G. Rowland,* for respondents.

PER CURIAM.—This was an action for unlawful detainer and the recovery of $24 damages.   The defendants had judgment in the superior court, and plaintiff appealed. Subsequent to the taking of the appeal, possession of the premises was surrendered, so that the existing controversy embraces only a demand for the recovery of $24.   We cannot entertain jurisdiction.   *Hice v. Orr,* 16 Wash. 163 (47 Pac. 424) ; State Constitution, art. 4, § 4.

The motion to dismiss is granted.